| | |
|---|---|
| JOSEPH NAGLE, individually, and on behalf of all others similarly situated, ) ) | Case No.: |
| ) | |
| Plaintiff, ) | |
| ) | **CLASS ACTION COMPLAINT** |
| vs. ) | |
| ) | |
| EVERGY, INC., TERRY BASSHAM, ) DAVID CAMPBELL, THE ) ADMINISTRATIVE COMMITTEE OF ) EVERGY, INC. and JOHN DOES 1-20, ) ) | |
| Defendants. ) | |

Plaintiff Joseph Nagle ("Plaintiff"), by and through his attorneys, on behalf of the Evergy, Inc. 401(k) Savings Plan (the "Plan"),[1] himself and all others similarly situated, states and alleges as follows:

## I.    INTRODUCTION

1.      This is a class action brought pursuant to §§ 409 and 502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1109 and 1132, against the Plan's fiduciaries, which include Evergy, Inc. ("Evergy" or the "Company"), Terry Bassham, David Campbell and the Administrative Committee of Evergy, Inc. ("Committee") and its members during the Class Period[2] for breaches of their fiduciary duties.

---

[1] The Plan is a legal entity that can sue and be sued. ERISA § 502(d)(1), 29 U.S.C. § 1132(d)(1). However, in a breach of fiduciary duty action such as this, the Plan is not a party. Rather, pursuant to ERISA § 409, and the law interpreting it, the relief requested in this action is for the benefit of the Plan and its participants.

[2] As discussed in more detail below, the Class Period is defined as December 1, 2019 through the date of judgment ("Class Period").

2.      To safeguard Plan participants and beneficiaries, ERISA imposes strict fiduciary duties of loyalty and prudence upon employers and other plan fiduciaries. Fiduciaries must act "solely in the interest of the participants and beneficiaries," 29 U.S.C. § 1104(a)(1)(A), with the "care, skill, prudence, and diligence" that would be expected in managing a plan of similar scope. 29 U.S.C. § 1104(a)(1)(B). These twin fiduciary duties are "the highest known to the law." *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 598 (8th Cir. 2009).

3.      Under 29 U.S.C. § 1104(a)(1), a plan fiduciary must give substantial consideration to the cost of investment options. "Wasting beneficiaries' money is imprudent. In devising and implementing strategies for the investment and management of trust assets, trustees are obligated to minimize costs." Uniform Prudent Investor Act (the "UPIA"), § 7.

4.      The Department of Labor has explicitly stated that employers are held to a "high standard of care and diligence" and must, among other duties, both "establish a prudent process for selecting investment options and service providers" and "monitor investment options and service providers once selected to see that they continue to be appropriate choices." *See,* "*A Look at 401(k) Plan Fees,*"[3]; *see also Tibble v. Edison Int'l*, 135 S. Ct. 1823, 1823 (2015) (reaffirming the ongoing fiduciary duty to monitor a plan's investment options).

5.      The Supreme Court reiterated in interpreting "ERISA's duty of prudence in light of the common law of trusts" that a fiduciary "has a continuing duty of some kind to monitor investments and remove imprudent ones" and a plaintiff may allege that a fiduciary breached the

---

[3] U.S. Dep't of Labor, *A Look at 401(k) Plan Fees*, (Aug. 2013), at 2, available at https://www.dol.gov/sites/dolgov/files/ebsa/about-ebsa/our-activities/resource-center/publications/a-look-at-401k-plan-fees.pdf (last visited September 16, 2024) ("You should be aware that your employer also has a specific obligation to consider the fees and expenses paid by your plan.").

duty of prudence by failing to properly monitor investments and remove imprudent ones. *Hughes v. Northwestern Univ.*, 142 S.Ct. 737, 741 (2022).

6.      To the financial detriment of Plaintiff and the participants, the Xi share class of the American Century Retirement Date Trust target date funds underperformed throughout the Class Period. The facts show that Defendants wholly failed to fulfill their fiduciary obligations in regard to monitoring Plan investments. In regard to the American Century Retirement Date Trust target date funds, Defendants allowed millions of dollars of participants' hard-earned savings to be wasted paying for a needlessly expensive R4 share class of the fund, when at all times, the same fund was available in the form of a much cheaper collective investment trust ("CIT"), in addition to the significantly less expensive R6 share class.

7.      The duty to monitor is especially important here, where, as explained below, a high percentage of the Plan's assets were/are concentrated in the American Century Retirement Date Trust target date funds.[4]

8.      A prudent fiduciary, following a proper process, would have recognized no later than the start of the Class Period that the Xi class of the American Century Retirement Date Trust target date funds should not have been offered as an investment option. There is no legitimate excuse for the Defendants' failure to offer the American Century Retirement Date Trust target date funds available to the Plan.

9.      As discussed *infra*, the American Century Retirement Date Trust target date funds consistently underperformed, yet the Defendants inexcusably allowed it to remain in the Plan.

_____

[4] In 2023, over one-third of the Plan's assets were invested in the American Century Retirement Date Trust target date funds ($455,750,222 of the $1,332,946,113 Plan assets). *See* Independent Auditors' Report attached to the 2023 Form 5500 for the Evergy, Inc. 401(k) Savings Plan, at 16.

3

10.     The Plan has, at all times during the Class Period, maintained over $1.2 billion in assets. At the end of the Plan's fiscal year in 2023, the Plan had over $1.3 billion in assets under management that were/are entrusted to the care of the Plan's fiduciaries. *See* 2023 Form 5500 for the Evergy, Inc. 401(k) Savings Plan ("2023 Form 5500") at Schedule H, p. 2.

11.     The Plan's assets under management makes it a jumbo plan in the defined contribution plan marketplace, and among the largest plans in the United States. In 2021, only 0.2 percent (1,011 of 641,747) of Plans in the country had more than $1 billion in assets under management. In 2019, at the start of the Class Period, only 0.1 percent (776 of 603,217) of 401(k) plans in the country were as large as the Plan.[5]  The Plan's assets under management makes it among the largest plans in the United States.

12.     During the putative Class Period, Defendants, as "fiduciaries" of the Plan, as that term is defined under ERISA § 3(21)(A), 29 U.S.C. § 1002(21)(A), breached the duties they owed to the Plan, to Plaintiff, and to the other participants of the Plan by, *inter alia*, failing to objectively and adequately review the Plan's investment portfolio with due care to ensure that each investment option was prudent, in terms performance.

13.     Defendants' mismanagement of the Plan, to the detriment of participants and beneficiaries, constitutes a breach of the fiduciary duty of prudence, in violation of 29 U.S.C. § 1104. Their actions were contrary to actions of a reasonable fiduciary and cost the Plan and its participants millions of dollars.

---

[5] *See* The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at 401(k) Plans, 2019 at Ex. 1.2, p. 7., available at https://www.ici.org/system/files/2022-09/22-ppr-dcplan-profile-401k.pdf.

14.     Based on this conduct, Plaintiff asserts claims against Defendants for breach of the fiduciary duty of prudence (Count I) and failure to monitor fiduciaries (Count II).

## II.     JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it is a civil action arising under the laws of the United States, and pursuant to 29 U.S.C. § 1332(e)(1), which provides for federal jurisdiction over actions brought under Title I of ERISA, 29 U.S.C. § 1001, *et seq*.

16.     This Court has personal jurisdiction over Defendants because they transact business in this District, reside in this District, and/or have significant contacts with this District, and because ERISA provides for nationwide service of process.

17.     Venue is proper in this District pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391, because some or all of the acts, omissions and/or violations of ERISA giving rise to the action occurred in this District, and Defendants reside and may be found in this District.

## III.     PARTIES

### Plaintiff

18.     Plaintiff, Joseph Nagle ("Nagle"), resides in Wichita, Kansas. During his employment, Plaintiff Nagle participated and invested in the options offered by the Plan that are challenged in this lawsuit. Plaintiff Nagle specifically invested American Century Retirement 2055 Trust Class XI during the Class Period. He suffered injury to his Plan account from the excessive underperformance of the funds in the Plan.

**Defendants**

**Company Defendant**

19. Evergy is the "Plan sponsor." *See* 2023 Form 5500 at 1. Evergy provides clean, safe and reliable energy to 1.7 million customers in Kansas and Missouri.[6]

20. The Company is a fiduciary of the Plan, within the meaning of ERISA Section 3(21)(A), 29 U.S.C. § 1002(21)(A) for several reasons.

21. First, the Evergy, Inc. 401(k) Savings Plan, restated effective December 1, 2019 ("Plan Doc.") identifies Evergy, Inc. as the "Plan Administrator." *See* Plan Doc., at 71 ("Plan Administrator. Evergy, Inc. shall be the 'Administrator' of the Plan as defined in Section 3(16)(A) of ERISA and shall be responsible for the performance of all reporting and disclosure obligations under ERISA and all other obligations required or permitted to be performed by the Plan Administrator under ERISA.").

22. Second, "Evergy, Inc. has designated the Administrative Committee to manage the operation of the Plan." Evergy, Inc. 401(k) Savings Plan Summary Plan Description ("SPD"), at 36.

23. Finally, at all times, Evergy acted through its officers to perform Plan-related fiduciary functions. These officers were acting in the course and scope of their employment.

**CEO Defendants**

24. Terry Bassham, served as Evergy's Chief Executive Officer from its formation in 2018 until January 3, 2021.

---

[6] *See* Evergy, Inc. 2023 Annual Report available at
https://www.annualreports.com/HostedData/AnnualReports/PDF/NYSE_EVRG_2023.pdf.

25. David Campbell succeeded Terry Bassham and currently serves as Evergy's Chief Executive Officer.

26. The Company acted through its Chief Executive Officer ("CEO") to perform the Company's Plan-related fiduciary functions. The CEO appointed members of the Administrative Committee. *See* Plan Doc., at 71 (Appointment of Administrative Committee. Evergy, Inc.'s Chief Executive Officer shall appoint a committee of no more than five persons, who may (but need not) be Participants, to be known as the Administrative Committee. Members of the Administrative Committee shall hold office at the pleasure of the Chief Executive Officer.").

27. Accordingly, the CEO had the fiduciary duty to monitor and supervise the Administrative Committee while it performed its role as the fiduciary responsible for selection and monitoring of the Plan's investments.

28. Evergy's CEOs during the Class Period are collectively referred to herein as the "CEO Defendants."

## **Committee Defendants**

29. "The Administrative Committee shall be responsible for, and shall be the 'named fiduciary' as defined in Section 402(a) of ERISA, with respect to the management, operation, and administration of the Plan." Plan Doc., at 71.

30. Additionally, "[t]he Administrative Committee shall have all powers necessary to administer the Plan in accordance with its terms." *Id*.

31. Further, "[t]he Administrative Committee shall select investment funds in which a Participant may elect to invest his or her Accounts." *Id.* at 39.

32.     The Committee and each of its members were fiduciaries of the Plan during the Class Period, within the meaning of ERISA Section 3(21)(A), 29 U.S.C. § 1002(21)(A), because each exercised discretionary authority over management or disposition of Plan assets.

33.     The Committee and members of the Committee during the Class Period (referred to herein as John Does 1-10), are collectively referred to herein as the "Committee Defendants."

### Additional John Doe Defendants

34.     To the extent that there are additional officers and employees of Evergy who are/were fiduciaries of the Plan during the Class Period, or other individuals were hired as investment managers for the Plan during the Class Period, the identities of whom are currently unknown to Plaintiff, Plaintiff reserve the right, once their identities are ascertained, to seek leave to join them to the instant action. Thus, without limitation, unknown "John Doe" Defendants 11-20 include, but are not limited to, Evergy's officers and employees who are/were fiduciaries of the Plan within the meaning of ERISA Section 3(21)(A), 29 U.S.C. § 1002(21)(A), during the Class Period.

## IV.    CLASS ACTION ALLEGATIONS

35.     Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of themselves and the following proposed class ("Class"):[7]

> All persons, except Defendants and their immediate family members, who were participants in or beneficiaries of the Plan, at any time between December 1, 2019 through the date of judgment (the "Class Period").

---

[7] Plaintiff reserves the right to propose other or additional classes or subclasses in his motion for class certification or subsequent pleadings in this action.

36.     The members of the Class are so numerous that joinder of all members is impractical. The 2023 Form 5500 lists 6,008 Plan "participants with account balances as of the end of the plan year." 2023 Form 5500 at 2.

37.     Plaintiff's claims are typical of the claims of the members of the Class. Like other Class members, Plaintiff participated in the Plan and has suffered injuries as a result of Defendants' mismanagement of the Plan. Defendants treated Plaintiff consistently with other Class members and managed the Plan as a single entity. Plaintiff's claims and the claims of all Class members arise out of the same conduct, policies, and practices of Defendants as alleged herein, and all members of the Class have been similarly affected by Defendants' wrongful conduct.

38.     There are questions of law and fact common to the Class, and these questions predominate over questions affecting only individual Class members. Common legal and factual questions include, but are not limited to:

A.      Whether Defendants are fiduciaries of the Plan;

B.      Whether Defendants breached their fiduciary duty of prudence by engaging in the conduct described herein;

C.      Whether the CEO Defendants failed to adequately monitor the Committee and other fiduciaries to ensure the Plan was being managed in compliance with ERISA;

D.      The proper form of equitable and injunctive relief; and

E.      The proper measure of monetary relief.

39.     Plaintiff will fairly and adequately represent the Class, and has retained counsel experienced and competent in the prosecution of ERISA class action litigation. Plaintiff has no interests antagonistic to those of other members of the Class. Plaintiff is committed to the vigorous

prosecution of this action and anticipate no difficulty in the management of this litigation as a class action.

40.     This action may be properly certified under Rule 23(b)(1). Class action status in this action is warranted under Rule 23(b)(1)(A) because prosecution of separate actions by the members of the Class would create a risk of establishing incompatible standards of conduct for Defendants. Class action status is also warranted under Rule 23(b)(1)(B) because prosecution of separate actions by the members of the Class would create a risk of adjudications with respect to individual members of the Class that, as a practical matter, would be dispositive of the interests of other members not parties to this action, or that would substantially impair or impede their ability to protect their interests.

41.     In the alternative, certification under Rule 23(b)(2) is warranted because the Defendants have acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive, declaratory, or other appropriate equitable relief with respect to the Class as a whole.

## V.      THE PLAN

42.     The Plan was established on December 1, 2019, when the Westar Energy, Inc. Employees' 401(k) Plan and the Wolf Creek Nuclear Operating Corporation Employee Savings Plan merged into the Evergy, Inc. 401(k) Savings Plan. *See* SPD at 1.

43.     The Plan is a "defined contribution plan" within the meaning of ERISA § 3(34), 29 U.S.C. § 1002(34), in that the Plan provides for individual accounts for each participant and for benefits based solely upon the amount contributed to those accounts, and any income, expense, gains and losses, and any forfeitures of accounts of the participants which may be allocated to such participant's account. Consequently, retirement benefits provided by the Plan are based solely on

the amounts allocated to each individual's account. *See* SPD at 48 ("The Plan is a defined contribution qualified plan subject to section 401(a) of the Internal Revenue Code.").

44.     "Evergy adopted the Plan to provide retirement benefits to employees, in part by offering to eligible employees the opportunity to elect to have Evergy (or one of its subsidiaries) contribute to the Plan for their benefit a portion of their compensation on a pre-tax basis pursuant to section 401(k) of the Internal Revenue Code." *Id*.

*Eligibility*

45.     Employees are generally eligible to participate in the Plan on the first date on which and employee completes an hour of service. *See* Plan Doc. at 16.

46.     "The Plan includes an automatic enrollment feature. This means that [a participant] will be automatically enrolled in the Plan – and deemed to have elected to make a 6% Pre-Tax Contribution to the Plan." SPD, at 5.

*Contributions*

47.     There are different types of contributions that can be added to a participant's account: (1) pre-tax contributions; (2) Roth contributions; (3) rollover contributions (from another employer plan or an IRA); and (4) Roth rollover contributions. SPD at 5.

48.     Throughout the Class Period, Evergy made matching contributions on behalf of Plan participants in an amount equal to 100% of the participant's contributions, "not to exceed 6% of that portion of the Annual Compensation payable to him or her for such Payroll Period." Plan Doc., at 18.

49.     Like other companies that sponsor 401(k) plans for their employees, Evergy enjoys both direct and indirect benefits by providing matching contributions, if any, to Plan participants. Employers are generally permitted to take tax deductions for their contributions to 401(k) plans at

the time when the contributions are made. *See generally* https://www.irs.gov/retirement-plans/plan-sponsor/401k-plan-overview.

50.     Evergy also benefits in other ways from the Plan's matching contribution program. It is well-known that "[m]any employers match their employees' contributions to the 401(k) plan in order to help attract and retain talent at their company. By hiring and retaining employees with a high-caliber of talent, [a company] may save money on training and attrition costs associated with unhappy or lower-performing workers." *See* https://www.paychex.com/articles/employee-benefits/employer-matching-401k-benefits.

51.     Given the size of the Plan, Evergy likely enjoyed significant tax and cost savings from offering such discretionary, nonelective contributions.

### *The Plan's Investments*

52.     The Plan offered multiple funds for investment each year during the putative Class Period. As noted above, the Committee determines the appropriateness of the Plan's investment offerings and monitors investment performance.

53.     The Plan's assets under management for all funds as of the end of 2023 was $1,336,372,818. *See* 2023 Form 5500 at Schedule H, p. 2. At all times during the Class Period the Plan maintained over $1.2 billion in assets.

## VI.     THE TOTALITY OF CIRCUMSTANCES DEMONSTRATES THAT THE PLAN'S FIDUCIARIES FAILED TO ADMINISTER THE PLAN IN A PRUDENT MANNER

### A.     Overview

#### 1.     ERISA Fiduciaries Are Held to the Highest Standards Regarding Process and Methodology for Evaluating Investments

54.     As described in the "Parties" section above, Defendants were fiduciaries of the Plan.

55.     ERISA "imposes a 'prudent person' standard by which to measure fiduciaries' investment decisions and disposition of assets." *Fifth Third Bancorp v. Dudenhoeffer*, 134 S. Ct. 2459, 2467 (2014) (quotation omitted). In addition to a duty to select prudent investments, under ERISA a fiduciary "has a continuing duty to monitor [plan] investments and remove imprudent ones" that exists "separate and apart from the [fiduciary's] duty to exercise prudence in selecting investments." *Tibble I*, 135 S. Ct. at 1828.

56.     Here, the Plan's fiduciaries ran the Plan in an imprudent manner as demonstrated by numerous factors, culminating in, *inter alia*, unreasonably poor performing investments, and forcing the Plan and participants to incur millions of dollars of unnecessary losses.

57.     Plaintiff does not have access at this time to the specifics of any process of Defendants in regard to selecting, monitoring, and removing the Plan's investments because this information is solely within the possession of Defendants prior to discovery. *See Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 598 (8th Cir. 2009) ("If Plaintiffs cannot state a claim without pleading facts which tend systematically to be in the sole possession of defendants, the remedial scheme of [ERISA] will fail, and the crucial rights secured by ERISA will suffer.").

58.     For purposes of this Complaint, given Plaintiff's lack of access to meeting minutes and other pertinent information solely in the hands of Defendants, the Court can draw reasonable inferences regarding the Plan fiduciaries' processes and methods based upon several factors as described herein.

59.     As stated by the DOL: ERISA "requires plan fiduciaries, when selecting and monitoring service providers and plan investments, to act prudently and solely in the interest of the plan's participants and beneficiaries. Responsible plan fiduciaries also must ensure that

arrangements with their service providers are 'reasonable' and that only 'reasonable' compensation is paid for services…" DOL 408(b)(2) Regulation Fact Sheet.

60.     The duty "to act solely in the best interest of participants has been a key tenet of ERISA since its passage." "Best Practices for Plan Fiduciaries," at 36, published by Vanguard, 2019.[8]

61.     Acting in the sole interest of plan participants is all encompassing. A fiduciary must monitor all investment options in a 401(k) plan as a prudent investment professional. *See* the U.S. Department of Labor, Employee Benefits Security Administration (EBSA)'s "Meeting Your Fiduciary Responsibilities," at 2 ("The duty to act prudently is one of a fiduciary's central responsibilities under ERISA. It requires expertise in a variety of areas, such as investments.").[9]

62.      A prudent investment professional, and hence a fiduciary, must regularly evaluate a fund's performance history, the portfolio manager's experience and tenure, changes to the fund's investment strategy, changes to the underlying assets in the investment, total assets under management within the fund, fees, and other relevant factors.

63.     With respect to investment returns, diligent investment professionals monitor the performance of their selected investments using appropriate industry-recognized "benchmarks" and prudently managed equivalents.

64.     The measurement of investments against prudently managed alternative investments is critical given that these alternatives represent other investments available to a plan, which may increase the likelihood that participants reach/live their preferred lifestyle in retirement.

---

[8] Available at https://institutional.vanguard.com/iam/pdf/FBPBK.pdf?cbdForceDomain=false.

[9] Available at https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/publications/meeting-your-fiduciary-responsibilities.pdf.

65.     The specific methodologies used to select prudent investments are primarily data driven. Such data is provided by investment research companies like Morningstar, which is the most accepted source of investment performance information, as it has the most robust information on mutual funds, and other types of investments. Indeed, Morningstar is used and trusted by virtually all financial professionals and fiduciaries.

66.     Whether a plan fiduciary enlists the assistance of an investment manager, consultant, or advisor, the plan's fiduciaries are not relieved of fiduciary liability for selecting and monitoring the plan's investment options. The same is true here in this case.

67.     It is black letter law that a fiduciary's duty to conduct an "independent investigation into the merits of a particular investment," is the "most basic of ERISA's investment fiduciary duties." *In re Unisys Savings Plan Litigation*, 74 F.3d 420, 435 (3d Circ. 1996). *Hughes*, 142 S.Ct. at 738 (noting ERISA fiduciaries are required to "conduct their own independent evaluation to determine which investments may by prudently included in the plan's menu of options.")

68.     "While the absence of a deliberative process may be enough to demonstrate imprudence, the presence of a deliberative process does not … suffice in every case to demonstrate prudence. Deliberative processes can vary in quality or can be followed in bad faith. In assessing whether a fiduciary fulfilled her duty of prudence, we ask 'whether a fiduciary employed the *appropriate* methods to investigate and determine the merits of a particular investment,' not merely whether there were any methods whatsoever." *Sacerdote et al. v. New York Univ.*, 9 F.4th 95, 111 (2d Cir. 2021) (emphasis in original).

69.     Defendants' breaches of their fiduciary duties, relating to their overall decision-making, resulted in the selection of poorly performing investments.

## 2. The Plan's Inclusion of American Century Target Date Funds

70. Defendants, in particular the Committee, selected and maintained in the Plan, the materially underperforming American Century Retirement Date Trust target date funds ("American Century TDFs").

71. Target date series are a staple in almost every defined contribution plan. Although no two target date series are identical, the general strategy, underlying investments, and risk profile is the same across all target date series: "[a] target-date fund is a fund of funds that provides asset-class diversity through a blend of stocks and bonds. Portfolios are adjusted for lower risk as they approach a designated target date" of retirement. https://www.morningstar.com/investing-definitions/target-date-funds-.[10] The subtle differences between series are what makes them more or less prudent than others, especially in terms of performance predictability.

72. Target date series "provide a valuable service to investors by relieving them of the need to manage their portfolios themselves." *Id*. Thus, target date series are an important set-it-and-forget it option for less savvy investors relying on their plan fiduciaries to select a prudent series for their plan.

73. At the start of the Class Period the Plan held more than $584 million in the American Century Target Date Series,[11] which represented over 51% of the total Plan assets. *See* 2019 Auditors' Report, at 14. In 2023, the amount invested in the American Century Target Date Series was over $491 million dollars,[12] representing over 43% of the Plan's assets. *See* 2023 Auditors' Report, at 14. With such a large amount invested in the American Century Target Date

---

[10] Last referenced September 5, 2024.

[11] Amount includes 2025-2060 vintages.

[12] Amount includes 2030-2065 vintages.

Series, the Plan would have been able to choose virtually any available target date funds for the Plan by the start of the Class Period.

74.     As relevant here, American Century Target Date Series are the only target date investing options in the Plan. In other words, participants in the Plan who want to invest in a target date strategy have no choice other than the American Century TDFs.

75.     Defendants, in particular, the Committee, were obligated under ERISA to carefully evaluate the American Century Target Date Series before selecting them for inclusion in the Plan. The Committee was also under a continuing obligation under ERISA to carefully monitor and scrutinize the performance of the American Century Target Date Series on an ongoing basis thereafter.

## 2. Morningstar Benchmarks and Peer Funds are Meaningful for Evaluating the Underperformance of the American Century Target Date Series

76.     With respect to investment returns, as discussed above, diligent investment professionals monitor the performance of their selected target date funds using appropriate industry-recognized "benchmarks" and prudently managed equivalents.

77.     A meaningful benchmark simply provides a sound basis for comparison. *See Meiners v. Wells Fargo & Co.*, 898 F.3d 820, 822 (8th Cir. 2018). When making an investment-by-investment challenge, "there is no one-size-fits-all approach" in choosing a meaningful benchmark. *Davis v. Washington*, 960 F.3d 478, 484 (8th Cir. 2020). Additionally, no "circuit court … has held that a market index can never serve as a meaningful benchmark." *Johnson v. Parker-Hannifin Corp.,* 122 F.4th 205, at 2018 (6th Cir. 2024). The Eighth Circuit in *Braden v. Wal-mart Stores, Inc.,* 588 F.3d 585 (8th Cir. 200(9) "expressly held that market indices are appropriate meaningful points of comparison for passive funds." *Johnson*, 112 F.4th at 218.

78. Morningstar, the most well respected and accepted financial industry fund database has created the Morningstar Lifetime Moderate Index category as the index category for target date funds.

79. A Morningstar Category is assigned by placing funds into peer groups based on their underlying holdings. The underlying securities in each portfolio are the primary factor in [Morningstar's] analysis . . . . Funds are placed in a category based on their portfolio statistics and compositions over the past three years. Analysis of performance and other indicative facts are also considered." *See* Morningstar's summary of the Northern Trust Focus 2045 Fund, filed in *Allegretti v. Walgreen Co. et al*., No. 19-cv-05392 at Dkt. 43 ECF pg. 28 (N.D. Ill. Dec. 6, 2019). The analysis in *Allegretti* similarly deals with the Morningstar Lifetime Moderate Index category. *Id.*

80. Specifically, Morningstar Categories group funds "according to their actual investment style, not merely their stated investment objectives, nor their ability to generate a certain level of income. To ensure homogeneous groupings, Morningstar normally allocates funds to categories on the basis of their portfolio holdings. Several portfolios are taken into account to ensure that the fund's real investment stance is taken into account." *See* https://www.morningstar.co.uk/uk/glossary/98381/morningstar-category.aspx[13]

81. Morningstar categories are more reliable than simply comparing fund prospectuses, because Morningstar is a third party providing neutral information. Indeed, "Morningstar categories help investors and investment professionals make meaningful comparisons between funds." *See* https://sg.morningstar.com/sg/news/115635/morningstar-category-definition.aspx[14]

---

[13] Last accessed September 5, 2024.

[14] Last accessed September 5, 2024.

82. Morningstar is particularly meaningful here because the American Century target date funds use Morningstar data to provide publicly available information. *See* https://www.americancentury.com/invest/funds/one-choice-2045-portfolio/aroix/.

83. For example, American Century's own dissemination of information explains that the Morningstar ratings for the 2045 vintage were only one star for the overall returns (out of 180 funds), three-year returns, five-year returns, and 10-year returns. *Id*.

84. Additionally, the measurement of target date funds against prudently managed alternatives is critical given that these alternatives represent other target date funds available to the plan, which may be a more appropriate choice to meet participants' retirement needs.

85. There was no shortage of prudent choices. Beginning in 1994, the market for target date funds exploded with numerous investment managers offering a variety of different target date funds (both mutual funds and CITs alike).

86. By 2010, multiple investment firms and banks offered target date funds with established and consistent performance histories, stable and experienced management, and discrete changes to the underlying assets and allocations.

87. Established target date investment managers include, but are not limited to, American Funds, Callan GlidePath® Funds, MoA Clear Passage Funds, Natixis Funds, Nuveen Lifecycle Funds, T. Rowe Price Retirement Funds, and Voya Target Retirement Funds. T. Rowe has offered target date funds for more than 20 years while American offered target date funds for approximately 15 years, providing stable investment returns to 401(k) plan participants. The T.Rowe Price Retirement Target Date A Series, the American Funds Target Date R6 Series, the Callan GlidePath® Target Date R6 Series, the MoA Clear Passage Target Date Series, the Natixis

Target Date N Series, the Nuveen Lifecycle Target Date R6 Series and Voya Target Date CIT Series will all be referred to as the "Comparator Funds."

88.     The Comparator Funds are grouped in the same Morningstar Category as the American Century Target Date Series.

89.     A closer look at the American Century Target Date Series and Comparator Funds further demonstrate they had similar underlying investments and strategies.

90.     The American Century Target Date Series and each of the Comparator Funds are Large Cap Blend series, meaning their underlying holdings are a combination of active and passive investments.

91.     The strategy of a target date series is to "gradually shift[] a retirement fund's investments from riskier to safer options as you get closer to retirement age. This reallocation is based on the Fund's 'glide path.'" *Johnson v. Parker-Hannifin Corp.*, 122 F.4th 205, 210 (6th Cir. Nov. 20, 2024) (internal citations omitted).

92.     "Glide paths in retirement funds come in two main types: 'to' and 'through.' 'To' glide paths reach their most conservative allocation at the target retirement date and stay there, while 'through' glide paths continue to adjust and become more conservative for several years after the retirement date." *Id.*

93.     The American Century Target Date Series and all of the Comparator Funds have a "through" glidepath.[15]

---

[15] *See* https://res.americancentury.com/docs/a-auth/one-choice-target-date-portfolios-plan-sponsor-brochure?cpg=true ; https://capitalgroup.prospectus-express.com/summary.asp?doctype=pros&cid=capgroup&fid=02630T365 ; https://doc.morningstar.com/LatestDoc.aspx?clientid=greatgray&key=1cd9aa63b2372cae&documenttype=124&sourceid=260&secid=FOUSA06U3N ; https://moafunds.com/funds/target-date/clear-passage-2045 and https://moafunds.com/documents/fs/MoA-Clear-Passage-2045-Factsheet.pdf ; https://www.im.natixis.com/en-us/products/mutual-funds/natixis-target-

94. The 2045 vintage is a good demonstration of the American Century Target Date Series and the Comparator Funds' asset allocations because the target date is neither too close nor too distant. The asset allocation is sufficiently similar across all funds, where U.S. Equities are the largest percentage of holdings, non-U.S. equities range from 20.07-29.57% of holdings, and the remaining holding are Fixed Income (or bonds), Cash investments, and less than one percent of "other" and "not classified" investments:[16]

| | U.S. Equity | Non-U.S. Equity | Fixed Income | Other | Cash | Not Classified |
|---|---|---|---|---|---|---|
| **American Century 2045 TDFs**[17] | 45.64% | 21.19% | 31.19% | 0.04% | 1.7% | 0.24% |
| **Natixis Target Retirement 2045**[18] | 54.6% | 26.67% | 14.11% | 0.25% | 4.33% | N/A |
| **Nuveen Lifecycle 2045**[19] | 55.71% | 29.17% | 13.43% | 0.02% | 1.65% | N/A |
| **American Funds 2045**[20] | 59.24% | 25.84% | 10.05% | 0.4% | 4.34% | 0.14% |
| **MoA Clear Passage 2045**[21] | 62.32% | 20.07% | 13.34% | 0.16% | 4.11% | N/A |
| **Voya Target Retirement 2045**[22] | 60.18% | 29.57% | 10.98% | 0.04% | -0.78% | 0.01 |

retirement-funds#key ; https://www.nuveen.com/en-us/mutual-funds/nuveen-lifecycle-2045-fund?shareclass=I ; https://prospectus-express.broadridge.com/summary.asp?doctype=pros&clientid=trowepll&fundid=74149P481 ; https://individuals.voya.com/product/mutual-fund/profile/voya-target-retirement-2045-fund

[16] Similar categorial information for the 2045 Callan GP series was not found, however the asset allocation is as follows: Bank Loan 0.51%, High Yield 0.51%, Real Asset 8.31%, Dom Lg Cap Stks 47.10%, Dom Sm/Mid Cap Stks 10.58%, Developed Non-U.S. 26.92%, Dev Non-U.S. Passive 2.01%. *See* https://doc.morningstar.com/LatestDoc.aspx?clientid=greatgray&key=1cd9aa63b2372cae&documenttype=124&sourceid=260&secid=FOUSA06U3N

[17] *See* https://www.morningstar.com/funds/xnas/aroix/portfolio

[18] *See* https://www.morningstar.com/funds/xnas/nsfjx/portfolio

[19] *See* https://www.morningstar.com/funds/xnas/tlxix/portfolio

[20] *See* https://www.morningstar.com/funds/xnas/aahtx/portfolio

[21] *See* https://www.morningstar.com/funds/xnas/murmx/portfolio

[22] *See* https://www.morningstar.com/funds/xnas/irspx/portfolio

| | | | | | |
|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2045**[23] | 65.6% | 28.66% | 2.6% | 0.61% | 2.51% | 0.02 |

95.     A prudent fiduciary should have used some or all of these benchmarks, or substantially similar benchmarks (as discussed below), to evaluate the performance of the American Century Target Date Series as early as the inception of the Class Period, or sooner, and on an ongoing basis thereafter.

**B.     The Plan's Fiduciaries Failed to Adequately Monitor and Remove the American Century Target Date Series as It Significantly Underperformed Its Peers and Benchmarks**

96.     At the start of the Class Period, the American Century Target Date Series underperformed their peers and their Morningstar benchmark. Since at least 2015 the Challenged Funds underperformed on a 1-, 3- and 5-year average basis.

97.     Industry experts have concluded that the three- and five-year period is the most appropriate timeframe for evaluating investment performance, because it covers a full market cycle. *See* The PNC Financial Services Group, Inc., Assembling a Robust Investment Policy Statement for Endowments and Foundations, June 17, 2021 (a "fund's investment performance should be reviewed regularly, such as on an annual basis; however, the emphasis with regard to performance should be focused on results achieved over a full market cycle (typically a three-to-five year period)"). Available at: https://www.pnc.com/insights/corporate-institutional/manage-assets/assembling-a-robust-investment-policy-statement-for-endowments-foundations.html[24]

98.     The American Century TDFs consistently materially underperformed industry-accepted benchmarks for funds used by investment professionals (*i.e.*, three-to-five year periods and against Morningstar Category funds). Based on the below data, there's no justifiable reason

---

[23] *See* https://www.morningstar.com/funds/xnas/trrkx/portfolio
[24] Last accessed September 5, 2024.

why the American Century TDFs would have been permitted to continue to languish in the Plan, unheeded, during the Class Period.

99.    The information in the charts below is based on the total return, meaning that the fees paid for the fund's maintenance and management are not factored into their performance. However, when taking into account total returns below, the Comparator Funds were the most cost-effective.

100.    In the chart below, the American Century TDFs (highlighted in yellow), consistently underperformed compared to the Comparator Funds (in red text) in their Morningstar Categories and their Morningstar benchmarks (in bold) on a 3-year average basis at the start of the Class Period and continued to underperform throughout the Class Period. In fact, the chart below demonstrates that, in 2019, the 2030-2060 vintages of the American Century TDFs underperformed against the Comparator Funds' corresponding vintages 36 out of 41 instances (88%). In 2021, the same vintages underperformed against the Comparator Funds' corresponding vintages in all 49 instances (100%). In 2023 and 2024, the 2030-2065 vintages of the American Century TDFs underperformed against the Comparator Funds' corresponding vintages in all 55 instances (100%), and in all 56 instances (100%), respectively. In total and since 2017, the American Century TDFs underperformed the Comparator Funds on a 3-year lookback period in 196 out of 201 instances, or *98%* of the time.

| Investment and Benchmark | Three-Year Return (Annualized) | | | |
| --- | --- | --- | --- | --- |
| | 1/1/2017 - 12/31/2019 | 1/1/2019 - 12/31/2021 | 1/1/2021 - 12/31/2023 | 1/1/2022 - 12/31/2024 |
| American Century Retirement 2030 Trust Class XI | 8.64 | 14.30 | 2.29 | 1.68 |
| | | | | |
| American Funds 2030 Trgt Date Retire R6 | 10.86 | 16.09 | 3.47 | 2.77 |
| Callan GlidePath® 2030 Fund CL R6 | 10.56 | 17.62 | 4.85 | 3.11 |
| MoA Clear Passage 2030 Fund | 9.77 | 16.22 | 4.49 | 3.23 |

| | | | | |
|---|---|---|---|---|
| Natixis Target Retirement 2030 N | N/A | 16.31 | 3.19 | 2.43 |
| Nuveen Lifecycle 2030 R6 | 10.34 | 15.61 | 2.64 | 2.31 |
| T. Rowe Price Retirement 2030 Tr-A | 11.26 | 17.34 | 3.23 | 2.45 |
| Voya Target Retirement 2030 Tr Comps CIT | 10.12 | 16.46 | 2.82 | 1.98 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2030 TR USD** | **10.01** | **15.47** | **1.27** | **0.40** |
| | | | | |
| American Century Retirement 2035 Trust Class XI | 9.25 | 15.42 | 2.49 | 1.82 |
| | | | | |
| American Funds 2035 Trgt Date Retire R6 | 12.28 | 18.75 | 4.20 | 3.35 |
| Callan GlidePath® 2035 Fund CL R6 | 10.95 | 18.60 | 5.23 | 3.50 |
| MoA Clear Passage 2035 Fund | 10.28 | 17.94 | 5.42 | 3.98 |
| Natixis Target Retirement 2035 N | N/A | 17.82 | 3.95 | 2.90 |
| Nuveen Lifecycle 2035 R6 | 11.07 | 17.00 | 3.29 | 2.88 |
| T. Rowe Price Retirement 2035 Tr-A | 11.87 | 18.68 | 3.86 | 2.99 |
| Voya Target Retirement 2035 Tr Comps CIT | 10.89 | 18.10 | 3.83 | 2.85 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2035 TR USD** | **10.76** | **16.60** | **2.38** | **1.34** |
| | | | | |
| American Century Retirement 2040 Trust Class XI | 9.94 | 16.54 | 2.63 | 2.01 |
| | | | | |
| American Funds 2040 Trgt Date Retire R6 | 12.76 | 19.96 | 4.75 | 4.14 |
| Callan GlidePath® 2040 Fund CL R6 | 11.22 | 19.37 | 5.61 | 4.02 |
| MoA Clear Passage 2040 Fund | 10.32 | 19.10 | 6.45 | 4.78 |
| Natixis Target Retirement 2040 N | N/A | 18.70 | 4.48 | 3.48 |
| Nuveen Lifecycle 2040 R6 | 11.72 | 18.36 | 4.09 | 3.61 |
| T. Rowe Price Retirement 2040 Tr-A | 12.36 | 19.80 | 4.35 | 3.47 |
| Voya Target Retirement 2040 Tr Comps CIT | 11.30 | 19.70 | 4.75 | 3.54 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2040 TR USD** | **11.24** | **17.50** | **3.51** | **2.40** |

24

| | | | | |
|---|---|---|---|---|
| American Century Retirement 2045 Trust Class XI | 10.62 | 17.75 | 2.90 | 2.28 |
| | | | | |
| American Funds 2045 Trgt Date Retire R6 | 12.96 | 20.32 | 4.83 | 4.23 |
| Callan GlidePath® 2045 Fund CL R6 | 11.33 | 19.77 | 5.68 | 4.26 |
| MoA Clear Passage 2045 Fund | 10.34 | 19.38 | 6.78 | 5.08 |
| Natixis Target Retirement 2045 N | N/A | 19.67 | 4.97 | 3.87 |
| Nuveen Lifecycle 2045 R6 | 12.05 | 19.63 | 4.63 | 3.98 |
| T. Rowe Price Retirement 2045 Tr-A | 12.59 | 20.49 | 4.80 | 3.90 |
| Voya Target Retirement 2045 Tr Comps CIT | 11.52 | 20.65 | 5.40 | 4.15 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2045 TR USD** | **11.42** | **17.99** | **4.25** | **3.19** |
| | | | | |
| American Century Retirement 2050 Trust Class XI | 11.15 | 18.95 | 3.28 | 2.62 |
| | | | | |
| American Funds 2050 Trgt Date Retire R6 | 13.11 | 20.53 | 4.75 | 4.20 |
| Callan GlidePath® 2050 Fund CL R6 | 11.33 | 19.79 | 5.75 | 4.47 |
| MoA Clear Passage 2050 Fund | 10.26 | 19.53 | 6.92 | 5.29 |
| Natixis Target Retirement 2050 N | N/A | 19.80 | 4.94 | 3.87 |
| Nuveen Lifecycle 2050 R6 | 12.18 | 19.96 | 4.81 | 4.14 |
| T. Rowe Price Retirement 2050 Tr-A | 12.58 | 20.53 | 4.88 | 4.03 |
| Voya Target Retirement 2050 Tr Comps CIT | 11.58 | 20.72 | 5.33 | 4.25 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2050 TR USD** | **11.43** | **18.09** | **4.52** | **3.54** |
| | | | | |
| American Century Retirement 2055 Trust Class XI | 11.34 | 19.43 | 3.56 | 2.98 |
| | | | | |
| American Funds 2055 Trgt Date Retire R6 | 13.11 | 20.54 | 4.56 | 4.15 |
| Callan GlidePath® 2055 Fund CL R6 | 11.30 | 19.84 | 5.76 | 4.46 |
| MoA Clear Passage 2055 Fund | 10.17 | 19.73 | 6.97 | 5.34 |
| Natixis Target Retirement 2055 N | N/A | 19.68 | 5.05 | 4.05 |

| | | | |
|---|---|---|---|
| Nuveen Lifecycle 2055 R6 | 12.27 | 20.10 | 4.89 | 4.23 |
| T. Rowe Price Retirement 2055 Tr-A | 12.60 | 20.53 | 4.87 | 4.04 |
| Voya Target Retirement 2055 Tr Comps CIT | 11.68 | 20.84 | 5.42 | 4.36 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2055 TR USD** | **11.41** | **18.05** | **4.50** | **3.54** |
| | | | | |
| American Century Retirement 2060 Trust Class XI | 11.50 | 19.86 | 3.71 | 3.12 |
| | | | | |
| American Funds 2060 Trgt Date Retire R6 | 13.05 | 20.51 | 4.62 | 4.14 |
| Callan GlidePath® 2060 Fund CL R6 | 11.37 | 19.89 | 5.76 | 4.48 |
| MoA Clear Passage 2060 Fund | N/A | 19.99 | 7.19 | 5.44 |
| Natixis Target Retirement 2060 N | N/A | 20.22 | 5.32 | 4.15 |
| Nuveen Lifecycle 2060 R6 | 12.34 | 20.34 | 4.97 | 4.29 |
| T. Rowe Price Retirement 2060 Tr-A | 12.56 | 20.55 | 4.88 | 4.02 |
| Voya Target Retirement 2060 Tr Comps CIT | 11.62 | 21.04 | 5.45 | 4.30 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2060 TR USD** | **11.37** | **17.95** | **4.41** | **3.45** |
| | | | | |
| American Century Retirement 2065 Trust Class XI | N/A | N/A | 3.72 | 3.21 |
| | | | | |
| American Funds 2065 Trgt Date Retire R6 | N/A | N/A | 4.65 | 4.14 |
| Callan GlidePath® 2065 Fund CL R6 | N/A | N/A | 5.77 | 4.48 |
| MoA Clear Passage 2065 Fund | N/A | N/A | 7.40 | 5.70 |
| Natixis Target Retirement 2065 N | N/A | N/A | N/A | 4.21 |
| Nuveen Lifecycle 2065 R6 | N/A | N/A | 5.15 | 4.42 |
| T. Rowe Price Retirement 2065 Tr-A | N/A | N/A | 5.16 | 4.03 |
| Voya Target Retirement 2065 Tr Comps CIT | N/A | N/A | 5.42 | 4.37 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2065 TR USD** | **N/A** | **N/A** | **4.31** | **3.35** |

101. Further, the chart above demonstrates that the American Century TDFs underperformed their Morningstar benchmarks on a 3-year average basis since before the start of the Class Period and continued to underperform throughout the Class Period. More specifically, 2030-2065 vintages of the American Century TDFs underperformed against the Morningstar benchmarks on a 3-year average basis in every instance in 2019, four out of seven instances in 2021, and six out of eight instances in 2023 and 2024.

102. As seen in the chart below, the Challenged Funds (in yellow) underperformed compared to the peers (in red text) in their Morningstar Categories and their Morningstar benchmarks on a 5-year average basis before the start of the Class Period and continued to underperform throughout the Class Period. Specifically, the chart below demonstrates that, in 2019, the 2030-2060 vintages of the American Century TDFs underperformed against the Comparator Funds' corresponding vintages 35 out of 35 instances (100%). In 2021, the same vintages underperformed against the Comparator Funds' corresponding vintages in 39 out of 41 instances (95%). In 2023 and 2024, the same vintages underperformed against the Comparator Funds' corresponding vintages in all 49 instances (100%). In total, and since 2015, the American Century TDFs underperformed the Comparator Funds on a 5-year lookback period in 172 out of 174 instances, or *99%* of the time.

| | Five-Year Return (Annualized) | | | |
|---|---|---|---|---|
| **Investment and Benchmark** | **1/1/2015 - 12/31/2019** | **1/1/2017 - 12/31/2021** | **1/1/2019 - 12/31/2023** | **1/1/2020 - 12/31/2024** |
| American Century Retirement 2030 Trust Class XI | 6.27 | 10.00 | 7.61 | 5.72 |
| | | | | |
| American Funds 2030 Trgt Date Retire R6 | 8.07 | 12.16 | 8.90 | 7.18 |
| Callan GlidePath® 2030 Fund CL R6 | 8.05 | 12.51 | 9.92 | 7.90 |
| MoA Clear Passage 2030 Fund | 7.88 | 11.23 | 9.21 | 7.21 |
| Natixis Target Retirement 2030 N | N/A | N/A | 8.92 | 6.92 |
| Nuveen Lifecycle 2030 R6 | 7.67 | 11.35 | 8.48 | 6.41 |

| | | | | |
|---|---|---|---|---|
| T. Rowe Price Retirement 2030 Tr-A | 8.25 | 12.64 | 9.39 | 7.21 |
| Voya Target Retirement 2030 Tr Comps CIT | 7.47 | 11.74 | 8.61 | 6.71 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2030 TR USD** | **7.28** | **11.07** | **7.44** | **5.15** |
| | | | | |
| American Century Retirement 2035 Trust Class XI | 6.69 | 10.76 | 8.22 | 6.17 |
| | | | | |
| American Funds 2035 Trgt Date Retire R6 | 8.99 | 13.97 | 10.39 | 8.43 |
| Callan GlidePath® 2035 Fund CL R6 | 8.25 | 13.09 | 10.51 | 8.48 |
| MoA Clear Passage 2035 Fund | 8.28 | 12.22 | 10.28 | 8.33 |
| Natixis Target Retirement 2035 N | N/A | N/A | 9.83 | 7.67 |
| Nuveen Lifecycle 2035 R6 | 8.11 | 12.27 | 9.38 | 7.22 |
| T. Rowe Price Retirement 2035 Tr-A | 8.64 | 13.55 | 10.24 | 8.05 |
| Voya Target Retirement 2035 Tr Comps CIT | 7.91 | 12.86 | 9.77 | 7.87 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2035 TR USD** | **7.82** | **11.85** | **8.41** | **6.04** |
| | | | | |
| American Century Retirement 2040 Trust Class XI | 7.14 | 11.57 | 8.80 | 6.67 |
| | | | | |
| American Funds 2040 Trgt Date Retire R6 | 9.30 | 14.75 | 11.17 | 9.40 |
| Callan GlidePath® 2040 Fund CL R6 | 8.35 | 13.55 | 11.02 | 9.08 |
| MoA Clear Passage 2040 Fund | 8.29 | 12.79 | 11.19 | 9.36 |
| Natixis Target Retirement 2040 N | N/A | N/A | 10.48 | 8.40 |
| Nuveen Lifecycle 2040 R6 | 8.51 | 13.17 | 10.34 | 8.17 |
| T. Rowe Price Retirement 2040 Tr-A | 8.93 | 14.31 | 10.93 | 8.80 |
| Voya Target Retirement 2040 Tr Comps CIT | 8.21 | 13.77 | 10.83 | 8.94 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2040 TR USD** | **8.15** | **12.42** | **9.3** | **6.98** |
| | | | | |
| American Century Retirement 2045 Trust Class XI | 7.59 | 12.42 | 9.48 | 7.25 |
| | | | | |
| American Funds 2045 Trgt Date Retire R6 | 9.45 | 15.02 | 11.35 | 9.60 |

| | | | | |
|---|---|---|---|---|
| Callan GlidePath® 2045 Fund CL R6 | 8.41 | 13.73 | 11.26 | 9.34 |
| MoA Clear Passage 2045 Fund | 8.30 | 12.91 | 11.43 | 9.65 |
| Natixis Target Retirement 2045 N | N/A | N/A | 11.11 | 8.93 |
| Nuveen Lifecycle 2045 R6 | 8.76 | 13.85 | 11.08 | 8.86 |
| T. Rowe Price Retirement 2045 Tr-A | 9.08 | 14.73 | 11.43 | 9.33 |
| Voya Target Retirement 2045 Tr Comps CIT | 8.35 | 14.25 | 11.54 | 9.65 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2045 TR USD** | **8.26** | **12.70** | **9.84** | **7.63** |
| | | | | |
| American Century Retirement 2050 Trust Class XI | 7.93 | 13.18 | 10.18 | 7.89 |
| | | | | |
| American Funds 2050 Trgt Date Retire R6 | 9.55 | 15.17 | 11.41 | 9.64 |
| Callan GlidePath® 2050 Fund CL R6 | 8.43 | 13.74 | 11.31 | 9.48 |
| MoA Clear Passage 2050 Fund | 8.26 | 12.93 | 11.55 | 9.85 |
| Natixis Target Retirement 2050 N | N/A | N/A | 11.13 | 9.06 |
| Nuveen Lifecycle 2050 R6 | 8.86 | 14.06 | 11.28 | 9.09 |
| T. Rowe Price Retirement 2050 Tr-A | 9.07 | 14.73 | 11.48 | 9.42 |
| Voya Target Retirement 2050 Tr Comps CIT | 8.39 | 14.24 | 11.54 | 9.67 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2050 TR USD** | **8.24** | **12.75** | **10.03** | **7.88** |
| | | | | |
| American Century Retirement 2055 Trust Class XI | 8.07 | 13.48 | 10.52 | 8.29 |
| | | | | |
| American Funds 2055 Trgt Date Retire R6 | 9.54 | 15.17 | 11.35 | 9.60 |
| Callan GlidePath® 2055 Fund CL R6 | 8.39 | 13.75 | 11.34 | 9.50 |
| MoA Clear Passage 2055 Fund | N/A | 13.03 | 11.65 | 10.03 |
| Natixis Target Retirement 2055 N | N/A | N/A | 11.13 | 9.00 |
| Nuveen Lifecycle 2055 R6 | 8.93 | 14.17 | 11.37 | 9.19 |
| T. Rowe Price Retirement 2055 Tr-A | 9.08 | 14.75 | 11.47 | 9.43 |
| Voya Target Retirement 2055 Tr Comps CIT | 8.44 | 14.36 | 11.65 | 9.81 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2055 TR USD** | **8.19** | **12.71** | **10.01** | **7.86** |

| | | | | |
|---|---|---|---|---|
| American Century Retirement 2060 Trust Class XI | N/A | 13.73 | 10.78 | 8.52 |
| | | | | |
| American Funds 2060 Trgt Date Retire R6 | N/A | 15.13 | 11.32 | 9.59 |
| Callan GlidePath® 2060 Fund CL R6 | 8.46 | 13.80 | 11.37 | 9.53 |
| MoA Clear Passage 2060 Fund | N/A | N/A | 11.84 | 10.21 |
| Natixis Target Retirement 2060 N | N/A | N/A | 11.51 | 9.31 |
| Nuveen Lifecycle 2060 R6 | 9.01 | 14.29 | 11.53 | 9.31 |
| T. Rowe Price Retirement 2060 Tr-A | 9.11 | 14.73 | 11.47 | 9.42 |
| Voya Target Retirement 2060 Tr Comps CIT | N/A | 14.46 | 11.72 | 9.89 |
| | | | | |
| Benchmark: Morningstar Lifetime Mod 2060 TR USD | 8.13 | 12.65 | 9.94 | 7.77 |

103. The chart above also demonstrates that the American Century TDFs underperformed their Morningstar benchmarks on a 5-year average basis since before the start of the Class Period and continued to underperform throughout the Class Period. More specifically, 2030-2060 vintages of the American Century TDFs underperformed against the Morningstar benchmarks on a 5-year average basis in every instance in 2019, four out of seven instances in 2021, three out of seven instances in 2023, and three out of seven instances in 2024.

104. To make matters worse, the American Century Target Date Series continuously ranked poorly as compared to its peers in its Morningstar Category on a 3-year average basis since before and throughout the Class Period.

| | Peer Group Percentile Rank | | | |
|---|---|---|---|---|
| Group/Investment | 1/1/2017 - 12/31/2019 | 1/1/2019 - 12/31/2021 | 1/1/2021 - 12/31/2023 | 1/1/2022 - 12/31/2024 |
| American Century Retirement 2030 Trust Class XI | 91 | 89 | 76 | 75 |
| | | | | |
| American Funds 2030 Trgt Date Retire R6 | 6 | 34 | 5 | 10 |
| Callan GlidePath® 2030 Fund CL R6 | 16 | 5 | 9 | 20 |
| MoA Clear Passage 2030 Fund | 48 | 29 | 1 | 5 |
| Natixis Target Retirement 2030 N | N/A | 23 | 13 | 20 |

| | | | | |
|---|---|---|---|---|
| Nuveen Lifecycle 2030 R6 | 20 | 46 | 35 | 24 |
| T. Rowe Price Retirement 2030 Tr-A | 4 | 13 | 39 | 42 |
| Voya Target Retirement 2030 Tr Comps CIT | 30 | 24 | 51 | 66 |
| | | | | |
| American Century Retirement 2035 Trust Class XI | 86 | 87 | 90 | 87 |
| | | | | |
| American Funds 2035 Trgt Date Retire R6 | 1 | 3 | 7 | 11 |
| Callan GlidePath® 2035 Fund CL R6 | 25 | 11 | 3 | 19 |
| MoA Clear Passage 2035 Fund | 61 | 27 | 1 | 7 |
| Natixis Target Retirement 2035 N | N/A | 33 | 14 | 23 |
| Nuveen Lifecycle 2035 R6 | 21 | 50 | 50 | 24 |
| T. Rowe Price Retirement 2035 Tr-A | 9 | 11 | 43 | 45 |
| Voya Target Retirement 2035 Tr Comps CIT | 30 | 19 | 45 | 51 |
| | | | | |
| American Century Retirement 2040 Trust Class XI | 89 | 94 | 95 | 91 |
| | | | | |
| American Funds 2040 Trgt Date Retire R6 | 1 | 5 | 12 | 8 |
| Callan GlidePath® 2040 Fund CL R6 | 37 | 17 | 10 | 24 |
| MoA Clear Passage 2040 Fund | 81 | 25 | 1 | 7 |
| Natixis Target Retirement 2040 N | N/A | 37 | 26 | 33 |
| Nuveen Lifecycle 2040 R6 | 18 | 44 | 51 | 24 |
| T. Rowe Price Retirement 2040 Tr-A | 6 | 9 | 51 | 51 |
| Voya Target Retirement 2040 Tr Comps CIT | 31 | 12 | 36 | 47 |
| | | | | |
| American Century Retirement 2045 Trust Class XI | 85 | 87 | 96 | 92 |
| | | | | |
| American Funds 2045 Trgt Date Retire R6 | 1 | 7 | 33 | 16 |
| Callan GlidePath® 2045 Fund CL R6 | 47 | 26 | 9 | 27 |
| MoA Clear Passage 2045 Fund | 91 | 45 | 3 | 9 |
| Natixis Target Retirement 2045 N | N/A | 26 | 24 | 37 |
| Nuveen Lifecycle 2045 R6 | 17 | 28 | 49 | 32 |
| T. Rowe Price Retirement 2045 Tr-A | 7 | 12 | 60 | 58 |

| | | | | |
|---|---|---|---|---|
| Voya Target Retirement 2045 Tr Comps CIT | 38 | 6 | 20 | 38 |
| | | | | |
| American Century Retirement 2050 Trust Class XI | 66 | 67 | 93 | 91 |
| | | | | |
| American Funds 2050 Trgt Date Retire R6 | 1 | 1 | 50 | 30 |
| Callan GlidePath® 2050 Fund CL R6 | 52 | 43 | 19 | 31 |
| MoA Clear Passage 2050 Fund | 92 | 50 | 3 | 9 |
| Natixis Target Retirement 2050 N | N/A | 33 | 38 | 52 |
| Nuveen Lifecycle 2050 R6 | 14 | 26 | 45 | 33 |
| T. Rowe Price Retirement 2050 Tr-A | 7 | 12 | 63 | 62 |
| Voya Target Retirement 2050 Tr Comps CIT | 35 | 4 | 36 | 52 |
| | | | | |
| American Century Retirement 2055 Trust Class XI | 60 | 58 | 92 | 89 |
| | | | | |
| American Funds 2055 Trgt Date Retire R6 | 1 | 1 | 57 | 38 |
| Callan GlidePath® 2055 Fund CL R6 | 65 | 43 | 12 | 37 |
| MoA Clear Passage 2055 Fund | 96 | 46 | 3 | 10 |
| Natixis Target Retirement 2055 N | N/A | 51 | 34 | 44 |
| Nuveen Lifecycle 2055 R6 | 13 | 24 | 42 | 35 |
| T. Rowe Price Retirement 2055 Tr-A | 6 | 11 | 67 | 69 |
| Voya Target Retirement 2055 Tr Comps CIT | 43 | 4 | 42 | 50 |
| | | | | |
| American Century Retirement 2060 Trust Class XI | 57 | 46 | 91 | 85 |
| | | | | |
| American Funds 2060 Trgt Date Retire R6 | 1 | 6 | 62 | 41 |
| Callan GlidePath® 2060 Fund CL R6 | 68 | 45 | 21 | 33 |
| MoA Clear Passage 2060 Fund | N/A | 45 | 4 | 10 |
| Natixis Target Retirement 2060 N | N/A | 24 | 32 | 40 |
| Nuveen Lifecycle 2060 R6 | 12 | 12 | 39 | 29 |
| T. Rowe Price Retirement 2060 Tr-A | 10 | 20 | 62 | 65 |
| Voya Target Retirement 2060 Tr Comps CIT | 43 | 8 | 36 | 48 |

| | | | | |
|---|---|---|---|---|
| American Century Retirement 2065 Trust Class XI | N/A | N/A | 82 | 86 |
| | | | | |
| American Funds 2065 Trgt Date Retire R6 | N/A | N/A | 63 | 45 |
| Callan GlidePath® 2065 Fund CL R6 | N/A | N/A | 16 | 40 |
| MoA Clear Passage 2065 Fund | N/A | N/A | 9 | 11 |
| Natixis Target Retirement 2065 N | N/A | N/A | N/A | 43 |
| Nuveen Lifecycle 2065 R6 | N/A | N/A | 36 | 28 |
| T. Rowe Price Retirement 2065 Tr-A | N/A | N/A | 41 | 65 |
| Voya Target Retirement 2065 Tr Comps CIT | N/A | N/A | 29 | 50 |

105. The American Century Target Date Series also continuously ranked poorly as compared to its peers in its Morningstar Category on a 5-year average basis since before and throughout the Class Period.

| Group/Investment | Peer Group Percentile Rank | | | |
|---|---|---|---|---|
| | 1/1/2015 - 12/31/2019 | 1/1/2017 - 12/31/2021 | 1/1/2019 - 12/31/2023 | 1/1/2020 - 12/31/2024 |
| American Century Retirement 2030 Trust Class XI | 88 | 91 | 85 | 78 |
| | | | | |
| American Funds 2030 Trgt Date Retire R6 | 2 | 3 | 10 | 1 |
| Callan GlidePath® 2030 Fund CL R6 | 11 | 11 | 6 | 6 |
| MoA Clear Passage 2030 Fund | 13 | 42 | 5 | 1 |
| Natixis Target Retirement 2030 N | N/A | N/A | 10 | 6 |
| Nuveen Lifecycle 2030 R6 | 20 | 33 | 31 | 27 |
| T. Rowe Price Retirement 2030 Tr-A | 7 | 6 | 12 | 12 |
| Voya Target Retirement 2030 Tr Comps CIT | 27 | 22 | 30 | 28 |
| American Century Retirement 2035 Trust Class XI | 86 | 90 | 87 | 86 |
| | | | | |
| American Funds 2035 Trgt Date Retire R6 | 1 | 1 | 1 | 2 |
| Callan GlidePath® 2035 Fund CL R6 | 22 | 16 | 6 | 7 |

| | | | |
|---|---|---|---|
| MoA Clear Passage 2035 Fund | 18 | 38 | 7 | 5 |
| Natixis Target Retirement 2035 N | N/A | N/A | 19 | 17 |
| Nuveen Lifecycle 2035 R6 | 21 | 35 | 38 | 35 |
| T. Rowe Price Retirement 2035 Tr-A | 14 | 6 | 12 | 18 |
| Voya Target Retirement 2035 Tr Comps CIT | 29 | 22 | 24 | 23 |
| | | | | |
| American Century Retirement 2040 Trust Class XI | 93 | 90 | 95 | 92 |
| | | | | |
| American Funds 2040 Trgt Date Retire R6 | 1 | 1 | 7 | 2 |
| Callan GlidePath® 2040 Fund CL R6 | 19 | 20 | 13 | 10 |
| MoA Clear Passage 2040 Fund | 30 | 48 | 6 | 4 |
| Natixis Target Retirement 2040 N | N/A | N/A | 24 | 25 |
| Nuveen Lifecycle 2040 R6 | 18 | 28 | 28 | 36 |
| T. Rowe Price Retirement 2040 Tr-A | 7 | 6 | 14 | 16 |
| Voya Target Retirement 2040 Tr Comps CIT | 25 | 16 | 16 | 14 |
| | | | | |
| American Century Retirement 2045 Trust Class XI | 86 | 86 | 85 | 88 |
| | | | | |
| American Funds 2045 Trgt Date Retire R6 | 1 | 1 | 8 | 8 |
| Callan GlidePath® 2045 Fund CL R6 | 28 | 25 | 23 | 17 |
| MoA Clear Passage 2045 Fund | 38 | 71 | 4 | 7 |
| Natixis Target Retirement 2045 N | N/A | N/A | 21 | 28 |
| Nuveen Lifecycle 2045 R6 | 12 | 18 | 22 | 29 |
| T. Rowe Price Retirement 2045 Tr-A | 7 | 5 | 11 | 18 |
| Voya Target Retirement 2045 Tr Comps CIT | 33 | 13 | 8 | 6 |
| | | | | |
| American Century Retirement 2050 Trust Class XI | 71 | 64 | 89 | 92 |
| | | | | |
| American Funds 2050 Trgt Date Retire R6 | 1 | 1 | 6 | 8 |
| Callan GlidePath® 2050 Fund CL R6 | 31 | 39 | 39 | 21 |
| MoA Clear Passage 2050 Fund | 47 | 73 | 3 | 7 |
| Natixis Target Retirement 2050 N | N/A | N/A | 26 | 34 |

| | | | | |
|---|---|---|---|---|
| Nuveen Lifecycle 2050 R6 | 10 | 16 | 15 | 29 |
| T. Rowe Price Retirement 2050 Tr-A | 6 | 6 | 21 | 27 |
| Voya Target Retirement 2050 Tr Comps CIT | 42 | 13 | 17 | 14 |
| | | | | |
| American Century Retirement 2055 Trust Class XI | 81 | 56 | 82 | 89 |
| | | | | |
| American Funds 2055 Trgt Date Retire R6 | 1 | 1 | 15 | 11 |
| Callan GlidePath® 2055 Fund CL R6 | 52 | 44 | 39 | 32 |
| MoA Clear Passage 2055 Fund | N/A | 75 | 4 | 8 |
| Natixis Target Retirement 2055 N | N/A | N/A | 32 | 44 |
| Nuveen Lifecycle 2055 R6 | 8 | 15 | 15 | 30 |
| T. Rowe Price Retirement 2055 Tr-A | 7 | 5 | 27 | 36 |
| Voya Target Retirement 2055 Tr Comps CIT | 48 | 10 | 9 | 10 |
| | | | | |
| American Century Retirement 2060 Trust Class XI | N/A | 51 | 64 | 75 |
| | | | | |
| American Funds 2060 Trgt Date Retire R6 | N/A | 1 | 27 | 15 |
| Callan GlidePath® 2060 Fund CL R6 | 58 | 44 | 40 | 31 |
| MoA Clear Passage 2060 Fund | N/A | N/A | 3 | 9 |
| Natixis Target Retirement 2060 N | N/A | N/A | 12 | 28 |
| Nuveen Lifecycle 2060 R6 | 8 | 12 | 9 | 29 |
| T. Rowe Price Retirement 2060 Tr-A | 10 | 9 | 33 | 34 |
| Voya Target Retirement 2060 Tr Comps CIT | N/A | 15 | 16 | 9 |

106.    The chart below shows that starting in 2019, the 2030-2065 vintages of the American Century TDFs underperformed against each of the Comparator Funds' corresponding vintages on a one-year cumulative return basis in 211 out of 216 instances, or *98%* of the time, AND underperformed the Morningstar benchmarks in 28 out of 31 instances.

| Investment and Benchmark | One Year Return (Cumulative) | | | |
|---|---|---|---|---|
| | 1/1/2019 - 12/31/2019 | 1/1/2021 - 12/31/2021 | 1/1/2023 - 12/31/2023 | 1/1/2024 - 12/31/2024 |
| American Century Retirement 2030 Trust Class XI | 18.88 | 10.75 | 12.65 | 8.76 |
| | | | | |
| American Funds 2030 Trgt Date Retire R6 | 20.06 | 13.16 | 14.52 | 10.86 |
| Callan GlidePath® 2030 Fund CL R6 | 21.96 | 16.88 | 14.41 | 11.19 |
| MoA Clear Passage 2030 Fund | 21.93 | 15.29 | 15.25 | 11.16 |
| Natixis Target Retirement 2030 N | 20.99 | 12.77 | 16.65 | 10.28 |
| Nuveen Lifecycle 2030 R6 | 21.27 | 11.23 | 14.59 | 10.16 |
| T. Rowe Price Retirement 2030 Tr-A | 22.70 | 13.45 | 16.56 | 10.92 |
| Voya Target Retirement 2030 Tr Comps CIT | 21.05 | 13.64 | 15.80 | 10.87 |
| | | | | |
| Benchmark: Morningstar Lifetime Mod 2030 TR USD | 21.24 | 11.69 | 13.33 | 8.83 |
| | | | | |
| American Century Retirement 2035 Trust Class XI | 20.28 | 11.52 | 13.54 | 9.36 |
| | | | | |
| American Funds 2035 Trgt Date Retire R6 | 23.29 | 15.54 | 16.90 | 12.73 |
| Callan GlidePath® 2035 Fund CL R6 | 23.16 | 17.95 | 15.66 | 12.23 |
| MoA Clear Passage 2035 Fund | 23.62 | 17.84 | 17.26 | 13.05 |
| Natixis Target Retirement 2035 N | 23.12 | 14.95 | 17.89 | 11.50 |
| Nuveen Lifecycle 2035 R6 | 23.04 | 12.70 | 16.38 | 11.36 |
| T. Rowe Price Retirement 2035 Tr-A | 23.99 | 15.02 | 18.43 | 12.19 |
| Voya Target Retirement 2035 Tr Comps CIT | 22.67 | 15.70 | 17.65 | 12.43 |
| | | | | |
| Benchmark: Morningstar Lifetime Mod 2035 TR USD | 23.04 | 13.63 | 14.84 | 10.18 |
| | | | | |
| American Century Retirement 2040 Trust Class XI | 21.63 | 12.23 | 14.40 | 10.20 |
| | | | | |
| American Funds 2040 Trgt Date Retire R6 | 24.40 | 16.83 | 19.33 | 14.79 |
| Callan GlidePath® 2040 Fund CL R6 | 23.99 | 18.77 | 16.75 | 13.50 |
| MoA Clear Passage 2040 Fund | 24.25 | 19.89 | 18.87 | 14.35 |

36

| | | | | |
|---|---|---|---|---|
| Natixis Target Retirement 2040 N | 23.83 | 15.87 | 19.76 | 12.59 |
| Nuveen Lifecycle 2040 R6 | 24.56 | 14.33 | 18.39 | 12.76 |
| T. Rowe Price Retirement 2040 Tr-A | 24.95 | 16.30 | 19.93 | 13.40 |
| Voya Target Retirement 2040 Tr Comps CIT | 24.07 | 17.87 | 19.33 | 13.85 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2040 TR USD** | **24.35** | **15.35** | **16.34** | **11.70** |
| | | | | |
| American Century Retirement 2045 Trust Class XI | 23.09 | 13.12 | 15.14 | 11.08 |
| | | | | |
| American Funds 2045 Trgt Date Retire R6 | 24.68 | 17.18 | 20.15 | 15.17 |
| Callan GlidePath® 2045 Fund CL R6 | 24.59 | 18.97 | 17.58 | 14.24 |
| MoA Clear Passage 2045 Fund | 24.54 | 20.57 | 19.64 | 14.90 |
| Natixis Target Retirement 2045 N | 25.23 | 17.09 | 20.65 | 13.45 |
| Nuveen Lifecycle 2045 R6 | 25.87 | 15.94 | 19.47 | 13.80 |
| T. Rowe Price Retirement 2045 Tr-A | 25.59 | 17.22 | 20.83 | 14.22 |
| Voya Target Retirement 2045 Tr Comps CIT | 25.15 | 19.12 | 20.20 | 14.94 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2045 TR USD** | **24.97** | **16.36** | **17.39** | **12.86** |
| | | | | |
| American Century Retirement 2050 Trust Class XI | 24.44 | 14.19 | 15.96 | 12.01 |
| | | | | |
| American Funds 2050 Trgt Date Retire R6 | 25.04 | 17.27 | 20.83 | 15.43 |
| Callan GlidePath® 2050 Fund CL R6 | 24.60 | 18.96 | 18.04 | 14.67 |
| MoA Clear Passage 2050 Fund | 24.65 | 20.82 | 19.94 | 15.39 |
| Natixis Target Retirement 2050 N | 24.89 | 17.22 | 21.31 | 13.66 |
| Nuveen Lifecycle 2050 R6 | 26.19 | 16.48 | 20.03 | 14.27 |
| T. Rowe Price Retirement 2050 Tr-A | 25.67 | 17.35 | 21.12 | 14.51 |
| Voya Target Retirement 2050 Tr Comps CIT | 25.61 | 19.05 | 20.59 | 15.45 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2050 TR USD** | **25.09** | **16.60** | **17.85** | **13.36** |

37

| | | | | |
|---|---|---|---|---|
| American Century Retirement 2055 Trust Class XI | 24.96 | 14.76 | 16.60 | 12.83 |
| | | | | |
| American Funds 2055 Trgt Date Retire R6 | 25.09 | 17.28 | 21.40 | 15.58 |
| Callan GlidePath® 2055 Fund CL R6 | 24.61 | 19.01 | 18.02 | 14.65 |
| MoA Clear Passage 2055 Fund | 24.40 | 21.11 | 19.98 | 15.66 |
| Natixis Target Retirement 2055 N | 25.51 | 17.25 | 21.74 | 13.93 |
| Nuveen Lifecycle 2055 R6 | 26.36 | 16.65 | 20.25 | 14.46 |
| T. Rowe Price Retirement 2055 Tr-A | 25.65 | 17.37 | 21.20 | 14.60 |
| Voya Target Retirement 2055 Tr Comps CIT | 25.64 | 19.15 | 20.68 | 15.62 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2055 TR USD** | **25.05** | **16.50** | **17.90** | **13.33** |
| | | | | |
| American Century Retirement 2060 Trust Class XI | 25.45 | 15.16 | 16.85 | 13.20 |
| | | | | |
| American Funds 2060 Trgt Date Retire R6 | 25.01 | 17.19 | 21.61 | 15.60 |
| Callan GlidePath® 2060 Fund CL R6 | 24.71 | 18.96 | 18.03 | 14.70 |
| MoA Clear Passage 2060 Fund | 24.53 | 21.60 | 20.19 | 15.73 |
| Natixis Target Retirement 2060 N | 25.78 | 17.71 | 21.74 | 13.84 |
| Nuveen Lifecycle 2060 R6 | 26.70 | 16.80 | 20.46 | 14.56 |
| T. Rowe Price Retirement 2060 Tr-A | 25.70 | 17.45 | 21.17 | 14.60 |
| Voya Target Retirement 2060 Tr Comps CIT | 25.56 | 19.51 | 20.70 | 15.63 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2060 TR USD** | **24.96** | **16.33** | **17.86** | **13.15** |
| | | | | |
| American Century Retirement 2065 Trust Class XI | N/A | 15.21 | 17.09 | 13.52 |
| | | | | |
| American Funds 2065 Trgt Date Retire R6 | N/A | 17.32 | 21.55 | 15.64 |
| Callan GlidePath® 2065 Fund CL R6 | N/A | 18.96 | 18.03 | 14.68 |
| MoA Clear Passage 2065 Fund | N/A | 21.73 | 20.50 | 16.01 |
| Natixis Target Retirement 2065 N | N/A | N/A | 22.06 | 13.95 |
| Nuveen Lifecycle 2065 R6 | N/A | 17.15 | 20.59 | 14.71 |

| | | | | |
|---|---|---|---|---|
| T. Rowe Price Retirement 2065 Tr-A | N/A | 18.33 | 21.24 | 14.55 |
| Voya Target Retirement 2065 Tr Comps CIT | N/A | 19.26 | 20.89 | 15.73 |
| | | | | |
| **Benchmark: Morningstar Lifetime Mod 2065 TR USD** | **N/A** | **16.10** | **17.78** | **12.92** |

107.    Altogether, the charts above span from the first day of 2015 until the last day of 2024, demonstrating that the Challenged Funds underperformed in both good markets and bad markets.

108.    Looking at this data together, the Challenged Funds underperformed across several metrics for *years before* the Class Period, and for *years into* the Class Period. This consistent underperformance data was publicly available to the Committee at the time of their decision-making, whether they reviewed the funds annually or quarterly (if at all). Prudent fiduciaries would have acknowledged that this pattern of underperformance did not bode well for the Challenged Funds' future performance and would have made a timely switch to any of the numerous safer, better managed, and ultimately more optimistic investment options.

109.    Given the long history of underperformance, it's inexplicable why the Challenged Funds would have been included as Plan investment options by the start of the Class Period and kept in place.

### COUNT I
### Breaches of Fiduciary Duty of Prudence
### (Asserted against the Committee Defendants)

110.    Plaintiff re-alleges and incorporates herein by reference all prior allegations in this Complaint as if fully set forth herein.

111.    At all relevant times, the Committee Defendants ("Prudence Defendants") were fiduciaries of the Plan within the meaning of ERISA Section 3(21)(A), 29 U.S.C. § 1002(21)(A),

in that they exercised discretionary authority or control over the administration and/or management of the Plan or disposition of the Plan's assets.

112.    As fiduciaries of the Plan, the Prudence Defendants were subject to the fiduciary duties imposed by ERISA Section 404(a), 29 U.S.C. § 1104(a). These fiduciary duties included managing the assets of the Plan for the sole and exclusive benefit of Plan participants and beneficiaries, and acting with the care, skill, diligence, and prudence under the circumstances that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims.

113.    The Prudence Defendants breached these fiduciary duties as discussed throughout this Complaint. Specifically, the Prudence Defendants did not make decisions regarding the Plan's investment lineup based solely on the merits of each investment and what was in the best interest of Plan participants. Instead, the Prudence Defendants selected and retained investment options in the Plan despite their poor performance in relation to other comparable investments.

114.    As a direct and proximate result of the breaches of fiduciary duties alleged herein, the Plan suffered millions of dollars of losses due to lower net investment returns. Had the Prudence Defendants complied with their fiduciary obligations, the Plan would not have suffered these losses, and Plan participants would have had more money available to them for their retirement.

115.    Pursuant to 29 U.S.C. §§ 1109(a) and 1132(a)(2), the Prudence Defendants are liable to restore to the Plan all losses caused by their breaches of fiduciary duties, and also must restore any profits resulting from such breaches. In addition, Plaintiff is entitled to equitable relief and other appropriate relief for the Prudence Defendants' breaches as set forth in his Prayer for Relief.

116. The Prudence Defendants knowingly participated in each breach of the other Defendants, knowing that such acts were a breach, enabled the other Defendants to commit breaches by failing to lawfully discharge such Defendant's own duties, and knew of the breaches by the other Defendants and failed to make any reasonable and timely effort under the circumstances to remedy the breaches. Accordingly, each Prudence Defendant is also liable for the breaches of their co-fiduciaries under 29 U.S.C. § 1105(a).

**COUNT II**
**Failure to Adequately Monitor Other Fiduciaries**
**(Asserted against the Company and the CEO Defendants)**

117. Plaintiff re-alleges and incorporates herein by reference all prior allegations in this Complaint as if fully set forth herein.

118. Evergy and the CEO Defendants (the "Monitoring Defendants") had the authority to appoint and remove members of the Committee and were aware that the Committee Defendants had critical responsibilities as fiduciaries of the Plan.

119. In light of this authority, the Monitoring Defendants had a duty to monitor the Committee Defendants to ensure that the Committee Defendants were adequately performing their fiduciary obligations, and to take prompt and effective action to protect the Plan in the event that the Committee Defendants were not fulfilling those duties.

120. The Monitoring Defendants also had a duty to ensure that the Committee Defendants possessed the needed qualifications and experience to carry out their duties (or used qualified advisors and service providers to fulfill their duties); had adequate financial resources and information; maintained adequate records of the information on which they based their decisions and analysis with respect to the Plan's investments; and reported regularly to the Monitoring Defendants.

121.    The Monitoring Defendants breached their fiduciary monitoring duties by, among other things:

(a)    Failing to monitor and evaluate the performance of the Committee Defendants or have a system in place for doing so, standing idly by as the Plan suffered significant losses as a result of the Prudence Defendants' imprudent actions and omissions;

(b)    Failing to monitor the processes by which Plan's investments were evaluated; and

(c)    Failing to remove Committee members whose performance was inadequate in that they continued to maintain imprudent and poorly performing investments within the Plan, and caused the Plan to pay unreasonable recordkeeping fees, all to the detriment of the Plan and Plan participants' retirement savings.

122.    As a consequence of the foregoing breaches of the duty to monitor, the Plan suffered millions of dollars of losses. Had the Monitoring Defendants complied with their fiduciary obligations, the Plan would not have suffered these losses, and Plan participants would have had more money available to them for their retirement.

123.    Pursuant to 29 U.S.C. §§ 1109(a) and 1132(a)(2), the Monitoring Defendants are liable to restore to the Plan all losses caused by their failure to adequately monitor the Committee Defendants. In addition, Plaintiff is entitled to equitable relief and other appropriate relief as set forth in his Prayer for Relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendants on all claims and requests that the Court awards the following relief:

A.      A determination that this action may proceed as a class action under Rule 23(b)(1), or in the alternative Rule 23(b)(2), of the Federal Rules of Civil Procedure;

B.      Designation of Plaintiff as Class Representative and designation of Plaintiff's counsel as Class Counsel;

C.      A Declaration that the Defendants, and each of them, have breached their fiduciary duties under ERISA;

D.      An Order compelling the Defendants to make good to the Plan all losses to the Plan resulting from Defendants' breaches of their fiduciary duties, including restoring to the Plan all losses resulting from imprudent investment of the Plan's assets, restoring to the Plan all profits the Defendants made through use of the Plan's assets, and restoring to the Plan all profits which the participants would have made if the Defendants had fulfilled their fiduciary obligations;

E.      An order requiring the Company Defendant to disgorge all profits received from, or in respect of, the Plan, and/or equitable relief pursuant to 29 U.S.C. § 1132(a)(3) in the form of an accounting for profits, imposition of a constructive trust, or a surcharge against the Company Defendant as necessary to effectuate said relief, and to prevent the Company Defendant's unjust enrichment;

F.      Actual damages in the amount of any losses the Plan suffered, to be allocated among the participants' individual accounts in proportion to the accounts' losses;

G.      An order enjoining Defendants from any further violations of their ERISA fiduciary responsibilities, obligations, and duties;

43

H.     Other equitable relief to redress Defendants' illegal practices and to enforce the provisions of ERISA as may be appropriate, including appointment of an independent fiduciary or fiduciaries to run the Plan and removal of Plan fiduciaries deemed to have breached their fiduciary duties;

I.     An award of pre-judgment interest;

J.     An award of costs pursuant to 29 U.S.C. § 1132(g);

K.     An award of attorneys' fees pursuant to 29 U.S.C. § 1132(g) and the common fund doctrine; and

L.     Such other and further relief as the Court deems equitable and just.

Dated: February 26, 2025                    Respectfully submitted,

                                            */s/ Kelly M. Spann*_____
                                            **FORTMANSPANN, LLC**
                                            Kelly M. Spann, Esquire
                                            MO Attorney ID #73954
                                            250 St. Catherine Street
                                            Florissant, MO  63031
                                            Email:  kms@fortmanlaw.com
                                            Tele:  (314) 522-2312
                                            Fax:  (314) 524-1519


                                            Mark K. Gyandoh, Esquire
                                            (*pro hac vice* admission to be applied for)
                                            James A. Maro, Esquire
                                            (*pro hac vice* admission to be applied for)
                                            **CAPOZZI ADLER, P.C.**
                                            312 Old Lancaster Road
                                            Merion Station, PA 19066
                                            Tel: (610) 890-0200
                                            Email:   markg@capozziadler.com
                                                     jamesm@capozziadler.com

                                            *Counsel for Plaintiff and the Putative Class*